```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STEPHAN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3106 |
| | ) | |
| v. | ) | |
| | ) | |
| KAPLAN HIGHER EDUCATION, | ) | ORDER |
| CORPORATION, d/b/a KAPLAN | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The motion of Jennifer R. Deitloff, filing no. 12, to withdraw as counsel for defendant is granted.

DATED this 10th day of October, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge