IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHAN HARRIS,  )<br>  )<br>         Plaintiff,   )<br>  )<br>    v.   )<br>  )<br>KAPLAN HIGHER EDUCATION,  )<br>Corporation,  )<br>  )<br>         Defendant.   )<br>  ) | 4:08CV3106<br><br>ORDER |

IT IS ORDERED:

Defendant's unopposed motion for extension of deadline, filing no. 21, is granted and the deadline for filing summary judgment motions is extended to April 10, 2009.

DATED this 6th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge