IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHAN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3106 |
| | ) | |
| V. | ) | |
| | ) | |
| KAPLAN HIGHER EDUCATION, Corporation, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's June 22, 2009 trial docket upon representation by the parties that the case has settled.

June 16, 2009.             BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge